**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

Court convened at 1:30 p.m. on August 10, 2011, and adjourned at 2:00 p.m.

PRESENT: C. Michael Hill , Magistrate Judge, Presiding
   Molly Davenport, Minute Clerk
   Recorded FTR, Courtroom 7

### GRAND JURY REPORT

 X  Partial Report
 X  Jurors have completed their service and were released
 X  Sealed  Indictments ordered sealed and withheld from the public until such time as the defendants come into federal custody.

### SEALED INDICTMENTS

| CASE NO. | WARRANT | SUMMONS |
|---|---|---|
| 1:11-cr-00195-01 | X | |
| 1:11-cr-00196-01 | X | |
| 6:11-cr-00197-01 | X | |
| 6:11-cr-00198-01 | | |
| 6:11-cr-00198-02 | | |
| 2:11-cr-00200-01 | X | |

### OPEN INDICTMENTS

| CASE NO. | WARRANT | SUMMONS |
|---|---|---|
| 6:11-cr-00055-01** | | X |
| 6:11-cr-00055-02*  ** | | |
| 6:11-cr-00199-01**** | X | |
| 2:11-cr-00201-01 | X | |
| 5:11-cr-00062-01*  ** | X | |
| 5:11-cr-00062-03*  ** | X | |
| 5:11-cr-00062-04** | X | |
| 5:11-cr-00062-05** | X | |
| 5:11-cr-00062-08*  ** | X | |
| 5:11-cr-00062-09*  ** | X | |
| 5:11-cr-00062-11*  ** | X | |
| 5:11-cr-00062-13** | X | |
| 5:11-cr-00062-14** | X | |
| 5:11-cr-00062-17** | X | |
| 5:11-cr-00062-18** | X | |
| 5:11-cr-00062-19*  ** | X | |
| 5:11-cr-00062-20** | X | |
| 5:11-cr-00062-21*  ** | X | |
| 5:11-cr-00062-22*  ** | X | |
| 5:11-cr-00146-01** | X | |
| 5:11-cr-00146-02*  ** | X | |
| 5:11-cr-00146-03** | X | |
| 5:11-cr-00146-04*  ** | X | |
| 5:11-cr-00146-05** | X | |
| 5:11-cr-00146-06*  ** | X | |
| 5:11-cr-00146-07** | X | |
| 5:11-cr-00146-08*  ** | X | |
| 5:11-cr-00146-09*  ** | X | |
| 5:11-cr-00146-10*  ** | X | |
| 5:11-cr-00146-11*  ** | X | |

| | |
|---|---|
| 5:11-cr-00146-13* ** | X |
| 5:11-cr-00146-14* ** | X |
| 5:11-cr-00146-15* ** | X |
| 5:11-cr-00146-16** | X |
| 5:11-cr-00146-17* ** | X |
| 5:11-cr-00146-18* ** | X |
| 5:11-cr-00146-19* ** | X |
| 5:11-cr-00146-20* ** | X |
| 5:11-cr-00146-21* ** | X |
| 5:11-cr-00146-22** | X |

<u>X</u>  Warrants/summons ordered issued as indicated.
<u>*</u>     In Federal Custody
<u>**</u>    Superceding Indictment
<u>***</u>   In ICE custody
<u>****</u>  In State Custody